IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOUNG YIL JO, | ) | 1:12-cv-01279 AWI  GSA PC |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING ACTION, |
| | ) | WITH PREJUDICE, FOR FAILURE |
| v. | ) | TO STATE A CLAIM |
| | ) | |
| SIX UNKNOWN AGENTS, et al., | ) | (ECF No. 1) |
| | ) | |
| Defendants. | ) | |

Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional Center in Big Spring, Texas.[1]  To date, Plaintiff has filed more than one- hundred fifty civil cases in this district.  The complaint in this action is rambling and incoherent, and it fails to state any cognizable claims under federal law.  Ashcroft v. Iqbal, 556 U.S. 662, 684 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007).  Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

Pursuant to 28 U.S.C. §1915A, this action is HEREBY DISMISSED, WITH PREJUDICE. IT IS SO ORDERED.

Dated:   August 10, 2012                                  _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although Plaintiff purportedly brings this action on behalf of himself and William Silveira, Plaintiff may not represent other litigants.  Fymbo v. State Farm Fire & Casualty Co., 213 F.3d 1320, 1321 (2000); Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987), and William Silveira did not sign the complaint.  Fed. R. Civ. P. 11(a); Local Rule 131.  Therefore, William Silveira is not a plaintiff in this action.